LOUISE ELLIS, Respondent, *v.* ANNA M. KELSEY et al., Appellants.

(Argued January 11, 1926; decided January 19, 1926.)

MOTIONS to amend remittitur. (See 241 N. Y. 374.)

Motions granted, without costs, and remittitur amended " by striking from the final judgment the pro-

vision which directs a recovery against the Title Guarantee and Trust Company of $3,840, with interest thereon, and providing that the decision of this court is without prejudice to any application which may be made to the Supreme Court for referee's fees and allowances."